1 DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA  90670-4712

4 TEL: 562/868-5886
FAX:  562/868-5491
5 E-MAIL: rohlfing_office@speakeasy.net

6 Attorney for plaintiff

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISON**

11

12 ROCKY L. MCCOHN,                  )  Case No. CV 08-4841 (FFM)
                                     )
13          Plaintiff,               )  [PROPOSED] ORDER DISMISSING
     vs.                             )  CASE WITH PREJUDICE
14                                   )
    MICHAEL J. ASTRUE,               )
15  COMMISSIONER SOCIAL              )
    SECURITY,                        )
16                                   )
            Defendant                )
17  _____)

18      Based upon the parties' Stipulation to Dismissal With Prejudice

19 ("Stipulation"),

20      **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

21 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

22 prejudice, and subject to the terms and conditions of the Stipulation.

23      DATED: March 24, 2009

24

25           _____/S/ FREDERICK F. MUMM_____
             UNITED STATES MAGISTRATE JUDGE
26

-1-